FILED

NOV 5 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
)
v. )  **4:20CR696 SEP/SRW**
)
STEVEN MICHAEL KLOTZ, )
)
Defendant. )
)

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen,

United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant

United States Attorney for said District, and moves the Court to order defendant detained pending

trial, and further requests that a detention hearing be held three (3) days from the date of

defendant's initial appearance before the United States Magistrate pursuant to Title 18, United

States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.      Defendant is charged with:

(a)     an offense for which a maximum term of imprisonment of ten years or more is

        prescribed

(b)     an offense listed in Title 18, United States Code, Section 2252A(a)(5)(B)

        (possession of child pornography)

2.      Accordingly, a rebuttable presumption arises pursuant to Title 18, United States

Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will

reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3.       The defendant is a threat to himself and the community.       On August 16, 2018, defendant was interviewed by Homeland Security Investigations agents concerning an investigation into the online trading of child exploitation materials.   During the interview, defendant admitted that he traded child exploitation materials online. After the agents departed, defendant tried to commit suicide. He told S.G. about the investigation, admitted to S.G. that he was guilty, and said that he would rather his children live with the fact that he committed suicide than to know he possessed child pornography. According to defendant, he then went to a lake at Busch Wildlife where he tied a heavy weight belt to his leg and jumped from a bridge in a lake. He later admitted himself to a hospital.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

/s/ Robert F. Livergood
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200