UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20 CR 696 SEP/SRW |
| ) | |
| STEVEN KLOTZ, ) | |
| ) | |
| Defendant. ) | |

MOTION TO AMEND PRETRIAL RELEASE CONDITIONS

Defendant, Steven Klotz, through Assistant Federal Defender William Marsh, asks that this Court enter an order amending the conditions of his pretrial release so that he may reside at 3451 Chippewa, St. Louis, MO 63118, and that any subsequent change be permitted if directed by the pretrial services office. In support, he states:

1. The pretrial services office has vetted Mr. Klotz's proposed home plan and has no objection to his relocating.

WHEREFORE, Mr. Klotz requests that this Court permit his change in residence and allow any subsequent changes, should they be necessary, as directed by pretrial services.

Respectfully submitted,

/s/ William T. Marsh
William T. Marsh, No. 60906 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101

                                          Telephone: 314-241-1255
                                          Fax: 314-241-3177
                                          E-Mail: William_Marsh@fd.org
                                          Attorney for Defendant

## CERTIFICATE OF SERVICE

Assistant Federal Public Defender William T. Marsh certifies that he filed the foregoing via the Court's electronic filing system, leading to service upon AUSA Robert Livergood via email.

Dated February 11, 2021.

                                          /s/ William T. Marsh
                                          Attorney for Defendant